448 A.2d 1159

Commonwealth v. Owens, Appellant.

Submitted March 18, 1981. Douglas J. Wright, for appellant; Michael Veshecco, District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.